**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

```
PAMELA TODD,                        )    No. EDCV 08-147 CW
                                    )
            Plaintiff,              )    JUDGMENT
      v.                            )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner, Social Security       )
Administration,                     )
                                    )
            Defendant.              )
_____)
```

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: October 21, 2008

                                          _____/S/_____
                                              CARLA M. WOEHRLE
                                     United States Magistrate Judge